| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>829247<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST | Order Filed on March 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>DEBBIE A. DAVIS A/K/A DEBBIE A. DAVIS A/K/A DEBBIE ANNE DAVIS | Case No: 19-25549 - JNP<br><br>Hearing Date: 03/16/2020<br><br>Judge: JERROLD N. POSLUSNY JR. |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 17, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NJID 829247**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| DEBBIE A. DAVIS A/K/A<br>DEBBIE A. DAVIS A/K/A<br>DEBBIE ANNE DAVIS<br><br>Debtor | CASE NO. 19-25549 - JNP<br><br>CHAPTER 13<br><br>CONSENT ORDER RESOLVING<br>OBJECTION TO CONFIRMATION<br><br>HEARING DATE: 03/16/2020 |

This Consent Order pertains to the property located at 21 AMERICAN AVENUE, BRIDGETON, NJ 08401-1314, mortgage account ending with "1797";

THIS MATTER having been brought before the Court by, MOSHE ROTHENBERG, Esquire attorney for debtor, DEBBIE A. DAVIS upon the filing of a Chapter 13 Plan, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the            day of                  , 2020, ORDERED as follows:

1. On August 28, 2019, Debtor filed an Original Chapter 13 Plan which proposed to modify the claim of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST.

2. On September 13, 2019, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST filed an Objection to Confirmation of Plan and demanded a valuation of the Property.

3. Thereafter, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST obtained an appraisal of the Property which exceeded the value that was proposed in the Chapter 13 Plan.

4. Thereafter the parties engaged in settlement discussions in an attempt to resolve the Objection to Confirmation.

5. Subsequently on February 27, 2020, the Debtor filed a modified Chapter 13 Plan pre-confirmation which now proposes to surrender the Property.

6. U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST has no Objection to Debtor's intent to surrender the Property.

7. The Debtor further agrees that she will not change her intentions with respect to the surrendered Property as outlined in her February 27, 2020 modified Plan.

8. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.


The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

    Dated: 03/11/2020

/s/ Moshe Rothenberg    Dated: 03/13/2020
MOSHE ROTHENBERG, Esquire
Attorney for debtor